**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 14-6290**

───────────

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

     v.

WADE TEMPLE HANKINS,

                Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Fox, Senior District Judge.  (7:05-cr-00025-F-1)

───────────

Submitted:  July 29, 2014           Decided:  July 31, 2014

───────────

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Wade Temple Hankins, Appellant Pro Se. Jason Harris Cowley, Edward D. Gray, Jennifer P. May-Parker, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wade Temple Hankins appeals the district court's order denying his motion for jail credit on his federal sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hankins, No. 7:05-cr-00025-F-1 (E.D.N.C. Jan. 16, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED